BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant PUIG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00651 LB |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER MODIFYING THE TERMS OF DEFENDANT'S PROBATION |
| vs. | ) | |
| JACINTO PUIG, | ) | |
| Defendant. | ) | |

Upon agreement of the parties and for good cause as stated on the record on March 17, 2011, it is hereby ordered that Mr. Puig's probation is modified as follows:

Mr. Puig shall reside at a Residential Reentry Center ("RRC") for a period of 30 days and may leave the facility during that time frame with prior permission from his Probation Officer. The subsidy normally required by the RRC is waived. It is further ordered that Mr. Puig's probation is extended for a period of eight months from March 17, 2011. Mr. Puig may submit a request to the Court for his probation to be terminated six months after his release from the halfway house.

// //

Case 4:10-cr-00651-LB Document 14 Filed 03/22/11 Page 2 of 2

1 All other previously ordered conditions of probation shall remain in place.

2 IT IS SO ORDERED.

3 March 22, 2011

_____
LAUREL BEELER
United States Magistrate Judge

- 2 -